UNITED STATES OF AMERICA, Respondent, v. JOEL SUMNER and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. (See *Carse* v. *Marsh*, 189 Cal. 743; 210 Pac. 257; *United States* v. *Stevens*, —— Conn. ——; 130 Atl. 249.) All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE GRIBBROEK, Appellant.— Judgment of conviction affirmed. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

DEVEAUX SCHOOL, Plaintiff, v. CLINTON N. DAGGETT and Another, Defendants. — The submitted controversy upon agreed statement of facts under section 546 of the Civil Practice Act, is determined in favor of the plaintiff, and judgment is awarded in favor of the plaintiff as prayed for in its demand for judgment, with costs, upon the authority of *DeVeaux College* v. *Highlands Land Co.* (63 App. Div. 461). All concur. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

In the Matter of the Petition of the TOWN BOARD and BOARD OF HIGHWAY SUPERINTENDENTS OF THE TOWN OF WEST SENECA for an Order Determining that the Crossing at Grade of the Union Road Highway and the Western New York and Pennsylvania Railway Shall Be Changed from Grade. (Case No. 900.) — Motion for reargument denied. [See 215 App. Div. 793.] Motion for leave to appeal to the Court of Appeals granted. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

LEON H. PALMETER, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

JAMES L. WILSON & SONS, INC., Appellant, v. JOHN LAUGHLIN, Respondent.— Appeal dismissed, without costs, on stipulation filed. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CLAUDE E. TAYLOR, Appellant.— Appeal dismissed on stipulation filed. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

OLIVE E. SHEERIN, Appellant, v. INTERNATIONAL RAILWAY COMPANY, Respondent.— Two appeals dismissed, without costs, on stipulation filed. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

GEORGE D. KURTZMAN, an Infant, etc., Appellant, v. SARKEES Y. SARKEES and Another, Respondents.— Appeal dismissed, without costs on stipulation filed. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

JOHN E. CLEMONS, Respondent, v. BLUNT LUMBER COMPANY, Appellant.— Appeal dismissed, without costs, on stipulation filed. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

NELLIS, AMOS & SWIFT, INC., Respondent, v. PHILIP DESTEFANIS and Others, Appellants.— Appeal dismissed, without costs, on stipulation filed. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

HELEN ZIEMBA, an Infant, etc., Respondent, v. ABI A. BOOLES and Others, Appellants.— Appeal dismissed unless appellants shall file and serve the printed papers and printed briefs on appeal by April first and be ready for argument at the opening of the May term. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.